IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

U.S. BANK TRUST, N.A., AS TRUSTEE FOR
LSF9 MASTER PARTICIPATION TRUST,

      CASE NO. 1:17-cv-21994-KMW

    Plaintiff,

v.

PAUL PHILLIP SACA; PAUL JULIUS SACA
A/K/A PAUL JULIO SACA, et al.,

    Defendant.

_____/

### DEFENDANT'S MOTION TO DISMISS

Defendant, PAUL JULIUS SACA A/K/A PAUL JULIO SACA ("Defendant"), by and through his undersigned counsel, and pursuant to the Florida Rules of Civil Procedure, hereby file this Motion to Dismiss the Complaint filed by Plaintiff, U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST ("Plaintiff"), and as grounds state as follows and in support thereof state as follows:

### FACTS

1. This is an action for foreclosure of residential real property owned by Defendant.

2. Plaintiff or its predecessor has filed three (3) prior foreclosure actions on the subject property.

3. On December 28, 2009, Plaintiff's predecessor, Bank of America, N.A. ("BOA"), filed the first foreclosure action (Case No. 2009-093186-CA-01) in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

4. On January 13, 2010, BOA filed a Notice of Voluntary Dismissal in the first foreclosure action. A true and correct copy of the Voluntary Dismissal is attached as **Exhibit "A."**

5. On June 18, 2010, BOA filed the second foreclosure action (Case No. 2010-034566-CA-01) in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

6. On March 22, 2013, an Order of Dismissal was entered by the Court in the second foreclosure action. A true and correct copy of the Order of Dismissal is attached as **Exhibit "B."**

7. On July 31, 2015, Plaintiff filed the third foreclosure action (Case No. 2015-017482-CA-01) in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

8. On May 15, 2017, Plaintiff filed a Notice of Voluntary Dismissal in the third foreclosure action. A true and correct copy of the Voluntary Dismissal is attached as **Exhibit "C."**

9. Said action is still active since there is a pending Motion for Attorneys Fees and Costs.

## MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S MOTION

**I. Plaintiff's Complaint must be dismissed because the action is barred by the "two dismissal" rule of Florida Rule of Civil Procedure 1.420(a)(1).**

   **a. Legal Standards**

10. "[A] notice of dismissal operates as an adjudication on the merits when served by a plaintiff who has once dismissed in any court an action based on or including the same claim." Fla. R. Civ. P. 1.420(a)(1). Under this rule, "a plaintiff may voluntarily dismiss his or her lawsuit at practically any time . . . without prejudice however to plaintiff's commencing a wholly new lawsuit against the same defendant if the right to do so has not been exercised before." *Randle-Eastern Ambulance Serv., Inc. v. Vasta*, 360 So. 2d 68, 68 (Fla. 1978) (emphasis added).

11. An assignor of a note "conveys to the assignee his or her rights and interest" in the note assigned. *Dove v. McCormick*, 698 So. 2d 585, 589 (Fla. 5th DCA 1997). As a matter of substantive law, the "assignee thereafter stands in the shoes of the assignor and may enforce the contract against the original obligor in his own name." *Lauren Kyle Holdings, Inc. v. Heath-Peterson Constr. Corp.*, 864 So. 2d 55, 58 (Fla. 5th DCA 2003).

12. It follows that here, Plaintiff stands in the procedural shoes of BOA, the first plaintiff/assignor which took a voluntary dismissal. *See Variety Children's Hosp. v. Mt. Sinai Hosp. of Greater Miami, Inc.*, 448 So. 2d 546, 548 (Fla. 3d DCA 1984) (affirming final summary judgment in favor of appellees because the hospital twice voluntarily dismissed before initiating a third action, noting that "the dismissal of the first two actions operates as a bar to the filing of a third complaint by Variety and by those in privity with Variety, including its insurers.") (emphasis added). Any other interpretation of the rule could lead to as many voluntary dismissals as there are assignments and this is an area where notes are often assigned and reassigned. *See, e.g., Salmon v. Foreclosed Asset Sales & Transfer P'ship*, 162 So. 3d 1142, 1143 (Fla. 4th DCA 2015) (observing that the note at issue was "bundled, securitized, and indorsed to a series of holders").

13. The two voluntary dismissals, taken by two different plaintiffs but involving the same note and the same breach, required that the second dismissal operate as an adjudication on the merits. *See Singleton v. Greymar Assocs.*, 882 So. 2d 1004, 1006-07 (Fla. 2004).

### b. Argument

14. This foreclosure action should be dismissed because the action is barred by the "two dismissal" rule of Florida Rule of Civil Procedure 1.420(a)(1). In successive actions, two different plaintiff/note holders sought to foreclose based on the same breach. Each plaintiff filed a voluntary dismissal of its lawsuit. For the purpose of rule 1.420(a)(1), the two note holders—Plaintiff's

predecessor, BOA, and Plaintiff, the subsequent assignee of the note,—are the same "plaintiff" under the rule, so that the second voluntary dismissal triggered an "adjudication on the merits."

**WHEREFORE**, based upon the foregoing, the Defendant respectfully requests that this Court dismiss the instant action, award attorney's fees to the Defendant pursuant to Fla. Stat. § 57.105(7) and the subject loan documents for such fees so wrongfully incurred by the necessity of defense, and any other relief the Court deems just and proper.

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a copy of the foregoing was served this 25th day of October, 2017 via Email to: Paul G. Wersant at pwersant@alaw.net and Rafael Jose Solernou, Jr. at servealaw@albertellilaw.com.

**LAMCHICK LAW GROUP, P.A.**
*Attorneys for Paul Julius Saca a/k/a Paul Julio Saca*
9350 South Dixie Highway
Penthouse Three
Miami, Florida 33156
Phone: (305) 670-4455
Fax:    (305) 670-4422
Primary E-mail: assistant@lamchick.com
Secondary E-mail: secretary@lamchick.com

/s/ Bruce Lamchick
**BRUCE LAMCHICK, ESQ.**
Florida Bar No: 182014

VOCD
1-5
DK 1-2
Dep

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
OF FLORIDA, IN AND FOR MIAMI-DADE COUNTY
CIVIL DIVISION

BANK OF AMERICA, N.A.,

Plaintiff,

Case No. 09-93186 CA 11

vs.

Division

PAUL J. SACA AKA PAUL P. SACA AKA PAUL JULIUS SACA AKA PAUL SACA, AMERICAN-EASTERN CORP. FKA CITICORP SAVINGS OF FLORIDA; BENEFICIAL HOMEOWNER SERVICE CORPORATION; FLEET BANK; BANK OF AMERICA, N.A., AND UNKNOWN TENANTS/OWNERS,

Defendants.
_____/

FILED FOR RECORD
10 JAN 13 AM 3:20
CLERK, CIRCUIT & COUNTY COURTS
DADE COUNTY, FL.
CIVIL #25

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND RELEASE OF LIS PENDENS

Plaintiff, BANK OF AMERICA, N.A., hereby files this its Notice of Voluntary Dismissal of the above-styled cause, without prejudice, and releases the Notice of Lis Pendens filed in connection with this action. All pending hearings are hereby canceled.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by United States Mail to: AMERICAN-EASTERN CORP. FKA CITICORP SAVINGS OF FLORIDA, 1328 S. OCEAN DR, FORT LAUDERDALE, FL 33316;BENEFICIAL HOMEOWNER SERVICE CORPORATION, 1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324;BANK OF AMERICA, N.A. FKA FLEET NATIONAL BANK, 1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324;BANK OF AMERICA, N.A., 1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324;UNKNOWN TENANTS/OWNERS, 1600 NW 34TH AVE, MIAMI, FL 33125;PAUL J. SACA AKA PAUL P. SACA AKA PAUL JULIUS SACA AKA PAUL SACA, 1600 NW 34TH AVE, MIAMI, FL 33125;December 31, 2009

Allison J. Brandt
☒ Allison J. Brandt/Florida Bar #044023
☐ Clay A. Holtsinger/Florida Bar #294330
☐ Zachary A. Liszt/Florida Bar #041367
☐ Richard S. McIver/Florida Bar #559120
☐ Edward B. Pritchard/Florida Bar #712876
☐ Melissa R. Rinaldi/Florida Bar #050252
☐ Grace S. Santos/Florida Bar #29518
☐ Ashley L. Simon/Florida Bar #064472
☐ Joan Wadler/Florida Bar #894737
Kass, Shuler, Solomon, Spector,
Foyle & Singer, P.A., Attorneys for Plaintiff
P.O. Box 800, 1505 N. Florida Ave.
Tampa, FL 33601
(813) 229-0900

324400/0914020/taw

Bk 27158 Pg 4333 CFN 20100048557 01/25/2010 11:42:29 Pg 1 of 1 Mia-Dade Cty, FL


EXHIBIT A

I-4

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
IN AND FOR MIAMI DADE, COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

CASE NO. 10- 34566-CA-01

BANK OF AMERICA (NA)          Section No. 32

      Plaintiff(s)          CIVIL DIVISION

vs.
SACA, PAUL                    Motion, Notice and
BANK OF AMERICA (NA)
KEYBANK (NA)                  Judgment of Dismissal
      Defendant(s)

CLOCK IN

**ORDER ON MOTION TO DISMISS**
**FOR LACK OF PROSECUTION**

THIS CAUSE having come on to be heard pursuant to Rule 1.420 of the Fla.R.Civ.P. and the Court being fully advised in the premises.

[✓] THE COURT FINDS that no party opposing the motion to dismiss for lack of prosecution having appeared as ordered and demonstrated the existence of the requisite record activity or that action had been stayed nor having timely filed a showing of good cause in writing, if required, and therefore, in the absence of any evidence to the contrary, the Court finds that (1) notice prescribed by Rule 1.420(e) was timely served; (2) there was no record activity during the 10 months immediately preceding service of the foregoing notice; (3) there was no record activity during 60 days immediately following service of the foregoing notice; (4) no stay has been issued or approved by the Court; and (5) no party has shown good cause why this action should remain pending;

2013 MAR 22 AM 8:21
CLERK CIRCUIT
DADE COUNTY

THEREFORE, IT IS ORDERED that this action is dismissed for lack of prosecution.

[ ] THE COURT FINDS good cause why this action should remain pending; therefore, IT ORDERED AND ADJUDGED that the Motion to Dismiss for Lack of Prosecution pursuant to Florida Rule of Civil Procedure 1.420(E), is hereby DENIED.

DONE and ORDERED in Chambers at Miami-Dade County, Florida this ____ day of

MAR 21 2013

Circuit Court Judge

**ORIGINAL**

JUDGE LISA S. WALSH

cc: Counsel/Parties of Record

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2702, Miami, FL. 33128, Telephone (305) 349-7175; TDD (305) 349-7174; Fax (305) 349-7355; at least 7 days before your scheduled court appearance, or immediately upon receiving this notification, if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

483

Bk 28571 Pg 1576 CFN 20130271826 04/09/2013 12:19:06 Pg 1 of 1 Mia-Dade Cty, FL



EXHIBIT
B

Miami-Dade Official Records - Print Document    https://www2.miami-dadeclerk.com/Public-Records/PrintDocument.a...

Filing # 56409160 E-Filed 05/15/2017 09:55:33 AM

CFN: 20170277353 BOOK 30536 PAGE 1664
DATE:05/17/2017 08:31:59 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL ACTION

U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9
MASTER PARTICIPATION TRUST.,

    Plaintiff,

vs.

CASE NO.: 2015-017482-CA-01
DIVISION:

PAUL SACA A/K/A PAUL J. SACA; UNKNOWN
PARTY #1 N/K/A SILVA LOUGONES; ANY AND ALL
UNKNOWN PARTIES CLAIMING BY, THROUGH,
UNDER, AND AGAINST THE HEREIN NAMED
INDIVIDUAL DEFENDANT(S) WHO ARE NOT
KNOWN TO BE DEAD OR ALIVE, WHETHER SAID
UNKNOWN PARTIES MAY CLAIM AN INTEREST
AS SPOUSES, HEIRS, DEVISEES, GRANTEES, OR
OTHER CLAIMANTS,

    Defendant(s).
_____/

### NOTICE OF VOLUNTARY DISMISSAL AND RELEASE OF LIS PENDENS

YOU ARE NOTIFIED that Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust., hereby dismisses this action without prejudice pursuant to Rule 1.420.

1. On or about July 31, 2015, Plaintiff's Counsel initiated this action by filing the Lis Pendens and Mortgage Foreclosure Complaint.

2. Plaintiff requests this action be dismissed.

3. Plaintiff contends that all parties shall bear their own fees and costs, unless otherwise expressly agreed upon in writing. This notice shall serve as a release of the Lis Pendens recorded in Book 29721 at Page 4154 of Miami-Dade County, Florida. The Lis Pendens is hereby released as to the following described property:



EXHIBIT C

CFN: 20170277353 BOOK 30536 PAGE 1665

LOT 15 OF GRAPELAND HEIGHTS, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 14 PAGE 63, OF THE PUBLIC RECORDS OF DADE COUNTY, FLORIDA.
A/K/A: 1600 34th Ave. NW, Miami, FL 33125

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to all parties on the attached service list by mail or eService on this __12__ day of May, 2017.

ALBERTELLI LAW
P.O. Box 23028
Tampa, FL 33623
Phone: (813) 221-4743
Fax: (813) 221-9171
eService: servealaw@albertellilaw.com

By: _____
Attorney for Plaintiff

Nataija J. Brown, Esq.
Florida Bar #119491

HW - 15-184535

CFN: 20170277353 BOOK 30536 PAGE 1666

**Close Instructions:**

| | | |
|---|---|---|
| **File: 15-184535 Saca** | **Loan #: 9803801159** | **Client: Caliber** |
| **Borrower: Saca, Paul** | **County: Miami** | |

**Close/Bill:**

**From:** Ryan Bennett [mailto:Ryan.Bennett@caliberhomeloans.com]
**Sent:** Monday, May 08, 2017 11:17 AM
**To:** Paul Wersant <pwersant@alaw.net>
**Cc:** Michael Shane <Michael.Shane@caliberhomeloans.com>; Alma Shalchi <Alma.Shalchi@caliberhomeloans.com>; Justin Ritchie <jritchie@albertellilaw.com>; Jesse Mendez <Jesse.Mendez@caliberhomeloans.com>
**Subject:** RE: request for fee approval/additional analysis: 15-184535 - Saca - Trial 1.18.2017  Miami Dade County Loan# 9803801159


Paul & Justin – Let's go ahead and move forward with the dismissal and re-file in federal court. I can approve the fee request in LPS.


Jesse – FYI


Thank you,


RYAN BENNETT

DEFAULT SERVICING OFFICER - LITIGATION



CFN: 20170277353 BOOK 30536 PAGE 1667

## Service List

Paul Saca a/k/a Paul J. Saca
c/o Mark Hirsch, Esq.
Aventura Corporate Center
20801 Biscayne Blvd., #400
Aventura, FL 33180
E-Serve 1: Hirsch@gate.net,
E-Serve 2: Mm@templerhirsch.com

Unknown Party #1 n/k/a Silva Lougones
1600 34th Avenue NW
Miami, FL 33125